United States District Court
Southern District of Texas
**ENTERED**
June 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID AND MARGARET LEWIS, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 4:18-cv-03931 |

**DOCKET CONTROL ORDER**

Anticipated Length of Trial: __2 days___ :        Jury: _____   Non-Jury: ___X___

The disposition of this case will be controlled by the following schedule:

(a) **NEW PARTIES** shall be joined by:
The attorney causing the addition of new parties must provide copies of this Order to new parties.                                                                                 7/29/2019

(b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:
**(Absent parties' agreement or court approval, answers** may not be amended more than 21 days after this date. **Answers to amended claims and counterclaims** are due 21 days after amended claims or counterclaims are filed.)                                                                        8/26/2019

**EXPERT WITNESSES for PLAINTIFF/COUNTER-PLAINTIFF** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion. DUE DATE: 9/16/2019

**EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion. DUE DATE: 10/16/2019

**REBUTTAL OPINIONS FROM EXISTING EXPERTS**                     11/16/20199

**DISCOVERY** must be completed by:
Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.                                         12/18/2019

CASE NO. 4:18-cv-03931

| | |
|---|---|
| **MEDIATION/ADR:**<br>__X___ Required; _____ Strongly suggested<br>_____ Parties' Option | |
| **ADR TO BE COMPLETED** by**:** | 2/10/2020 |
| **DISPOSITIVE MOTIONS** will be filed by: | 4/6/2020 |
| **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but not including other motions in limine) will be filed by: | 4/6/2020 |
| **JOINT PRETRIAL ORDER** will be filed by:<br>Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures. | 5/27/2020 |
| **DOCKET CALL** is held in Courtroom 9-F, starting at 2:30 p.m. on the date listed here. (The Court will set this date.)<br>Absent parties' agreement, no documents filed within 5 days before the Docket Call will be considered at Docket Call without prior permission of the Court to late file. | 6/4/2020 |

June 12, 2019
_____
**Date**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

CASE NO. 4:18-cv-03931

- 3 -

**APPROVAL REQUESTED:**

Shane McClelland
Attorney-in-Charge for Plaintiffs
TX Bar# 24046383
SDTX Bar No.: 642324
Attorney-in-Charge for Plaintiffs
The Law Offices of Shane McClelland
24275 Katy Freeway, Suite 400
Katy, Texas 77494
Phone: (713) 987-7107
Fax: (832) 827-4207
Email: Shane@hmtrial.com

Nicholas Marsh
Admitted *pro hac vice*
Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue NW
Suite 600
Washington, DC 20036
Phone: (202)751-2002
Fax: (202)478-1795
Email: nmarsh@wmclaw.com


Counsel for Defendant, Allstate Insurance Company
J. Michael Pennekamp
*Attorney-In-Charge*
Fla. Bar No. 983454
SDTX Bar No. 3337090
Email: jmp@fowler-white.com;
flood@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:    (305) 789-9201